941 A.2d 1259

GENERAL MOTORS CORPORATION, C/O CT Corporation
and Dave Hallman Chevrolet, Inc., Petitioners,

v.

Robert J. DYLEWSKI, Personal Representative of the Estate
of Adam Robert Dylewski, Deceased, Respondents.

Supreme Court of Pennsylvania.

Feb. 4, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of February, 2008, as the matter filed at Docket Number 4356 May Term, 2005 in the Court of

Common Pleas of Philadelphia County is discontinued, the Petition for Review is **DISMISSED AS MOOT.**